1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT LANDERS,<br><br>          Petitioner,<br><br>          v.<br><br>W. L. MUNIZ, et al.,<br><br>          Respondents. | Case No. ED CV 15-2614 RSWL (MRW)<br><br>JUDGMENT |

        Pursuant to the Order Accepting Findings and Recommendations of the
United States Magistrate Judge,

        IT IS ADJUDGED that the petition is denied and this action is dismissed
with prejudice.


DATE: 10/7/2016                    s/ RONALD S.W. LEW_____
                                   HON. RONALD S. W. LEW
                                   SENIOR U.S. DISTRICT JUDGE